# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. GOSS,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF FRESNO,<br><br>        Defendant. | Case No. 1:24-cv-00698-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER<br><br>(ECF No. 2) |

Plaintiff Thomas H. Goss ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed June 14, 2024. (ECF No. 2.) Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 2), is HEREBY GRANTED.

IT IS SO ORDERED.

    Dated: **June 17, 2024**                      /s/ *Barbara A. McAuliffe*
                                                                                       UNITED STATES MAGISTRATE JUDGE