# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. GOSS,<br><br>                    Plaintiff,<br><br>        v.<br><br>COUNTY OF FRESNO,<br><br>                    Defendants. | Case No.  1:24-cv-00698-KES-BAM (PC)<br><br>ORDER FOR DEFENDANT TO FILE RESPONSE TO THE COMPLAINT WITHIN **TWENTY-ONE (21) DAYS** |

Plaintiff Thoms H. Goss is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Following the District Judge's order adopting the findings and recommendations and denying Defendant County of Fresno's ("Defendant") motion to dismiss, this action proceeds on Plaintiff's complaint against Defendant for violation of the Fourteenth Amendment.  (ECF No. 7.)

Accordingly, Defendant is HEREBY ORDERED to file a response to the complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 16, 2025**              /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE