UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS H. GOSS,

Plaintiff,

v.

COUNTY OF FRESNO,

Defendant.

Case No. 1:24-cv-00698-FJS (PC)

ORDER STAYING DISPOSITIVE MOTION DEADLINE

ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE
(ECF No. 37)

TWENTY-ONE (21) DAY DEADLINE

Plaintiff Thomas H. Goss ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). This action proceeds against Defendant County of Fresno ("Defendant") for violation of the Fourteenth Amendment. All parties consented to United States magistrate judge jurisdiction. (ECF No. 31.)

Pursuant to the court's October 8, 2025, discovery and scheduling order, the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is August 17, 2026. (ECF No. 28.)

Currently before the court is Plaintiff's request for settlement conference and notice of related case, filed August 10, 2026. (ECF No. 37.) Plaintiff alleges that this case is related to *David Gould v. County of Fresno*, and is based on the same premise, causes of action, and occurred roughly during the same time frame.[1] In addition, Defendant in this case is the defendant in *Gould*, and is represented by the same law firm. *Gould* is past summary judgment and both parties in that action agreed to participate in a settlement conference before the scheduled trial. Plaintiff argues that as the discovery cut-off has not passed and only the deadline for summary judgment motions remains, it is in the interest of justice and will save time and expenses for the court and both parties by avoiding summary judgment. Plaintiff requests that the court ask if Defendant would be willing to participate in a settlement conference. If Defendant is amenable, Plaintiff requests that this case be scheduled for a settlement conference in front of the same magistrate judge and at the same date and time as *Gould*. Plaintiff also requests the ability to appear at the settlement conference by video. (*Id.*)

With respect to Plaintiff's notice of related cases, the court does not find that *Gould* and the instant action are sufficiently related pursuant to Local Rule 123. Although Defendant is the only defendant in both actions and the incidents at issue allegedly encompass "roughly during the same time frame," the two actions involve different plaintiffs and are in entirely different procedural postures. While it may conserve resources in the instant action, it is not clear to the court that relating the two actions for a joint settlement conference will effect a similar "savings of judicial effort" in *Gould*. *See* L.R. 123(a)(3), (c).

Nevertheless, the court agrees that resolution of this action prior to the filing of any motions for summary judgment would conserve the time and resources of the court and both parties. Therefore, the court finds it appropriate to stay the current dispositive motion deadline and to obtain a brief response from Defendant regarding Plaintiff's request for a settlement conference, indicating whether Defendant is willing to participate in a judicially-mediated video settlement conference in this matter. The parties are further reminded that they are free to

---

[1] It appears Plaintiff is referring to *Gould v. County of Fresno*, Case No. 1:24-cv-00699-JLT-SAB (PC).

communicate regarding a possible settlement, without judicial involvement. The dispositive motion deadline will be reset as necessary following resolution of Plaintiff's request for settlement conference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The August 17, 2026, deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is STAYED pending further order of the court; and
2. Defendant SHALL FILE a brief written response to Plaintiff's request for a settlement conference, (ECF No. 37), within twenty-one (21) days from the date of service of this order, indicating whether Defendant is willing to participate in a judicially-mediated video settlement conference in this matter.

IT IS SO ORDERED.

Dated: **August 13, 2026**

UNITED STATES MAGISTRATE JUDGE