UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS H. GOSS,

Plaintiff,

v.

COUNTY OF FRESNO,

Defendant.

Case No. 1:24-cv-00698-FJS (PC)

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE

(ECF No. 37)

ORDER SETTING SETTLEMENT CONFERENCE

Hearing: Settlement Conference
Date: October 29, 2026
Time: 1:00 p.m.
Judge: Erica P. Grosjean
Location: via Zoom Videoconference

Plaintiff Thomas H. Goss ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). This action proceeds against Defendant County of Fresno ("Defendant") for violation of the Fourteenth Amendment. All parties consented to United States magistrate judge jurisdiction. (ECF No. 31.)

On August 10, 2026, Plaintiff filed a request for settlement conference and notice of related case. (ECF No. 37.) Plaintiff requested that this action be related to *Gould v. County of Fresno*, Case No. 1:24-cv-00699-JLT-SAB (PC), and that the cases be scheduled for a settlement conference in front of the same magistrate judge and on the same date and time. (*Id.*) The court did not find that the two cases were sufficiently related pursuant to Local Rule 123 but stayed the August 17, 2026, dispositive motion deadline and directed Defendant to file a response to Plaintiff's request for settlement conference. (ECF No. 38.) On August 18, 2026, Defendant indicated no opposition to setting a judicially-mediated video settlement conference. (ECF No. 39.)

To the extent Plaintiff requests that the instant action be set for a settlement conference on the same date and time as *Gould*, or that the two actions be related, the request is denied. In light of Defendant's response, Plaintiff's requests to set this matter for a settlement conference and to permit him to appear by video are granted.

Accordingly, this case is referred to Magistrate Judge Erica P. Grosjean to conduct a video settlement conference, via the Zoom videoconferencing application, on October 29, 2026, at 1:00 p.m.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for settlement conference, (ECF No. 37), is GRANTED IN PART and DENIED IN PART, as discussed above;
2. The dispositive motion deadline remains stayed to allow the parties an opportunity to settle their dispute;
3. This case is set for a video settlement conference, via the Zoom videoconferencing application, before Magistrate Judge Erica P. Grosjean on October 29, 2026, at 1:00 p.m; and
4. Further instructions regarding the settlement conference will be issued by separate order.

IT IS SO ORDERED.

Dated: **August 26, 2026**

UNITED STATES MAGISTRATE JUDGE