UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. GOSS,<br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br>Defendant. | 1:24-cv-00698-FJS (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF THOMAS H. GOSS BY VIDEO CONFERENCE (VIA ZOOM)<br><br>DATE: October 29, 2026<br>TIME: 1:00 p.m. |

Thomas H. Goss, civil detainee, a necessary and material witness on his own behalf in a settlement conference in this case on October 29, 2026, is detained at Coalinga State Hospital, 24511 W. Jayne Avenue, Coalinga, California 93210, in the custody of the Executive Director. To secure this patient's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient to appear by video conference (via Zoom) before Magistrate Judge Erica P. Grosjean on October 29, 2026, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the patient named above, along with any necessary legal property, to appear by video conference (via Zoom) to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the patient to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Executive Director of Coalinga State Hospital:

WE COMMAND you to produce the patient named above, along with any necessary legal property, to appear by video conference (via Zoom), to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the patient to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 1, 2026** /s/ Frank J. Singer
UNITED STATES MAGISTRATE JUDGE